[No. 22340-6-II.    Division Two.    December 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER E. BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 97-1-00088-1, David E. Foscue, J., entered August 22, 1997. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Armstrong, JJ.

[No. 22821-1-II.    Division Two.    December 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LONG THANH NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-1-00315-0, Richard A. Strophy, J., entered January 9, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Hunt, JJ.

[No. 23066-6-II.    Division Two.    December 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN ANDREW LUPFER, *Appellant*.

Appeal from judgments of the Superior Court for Thurston County, Nos. 93-1-00810-8, 91-1-00797-1, Gary Tabor, J., entered February 13, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.

[No. 23155-7-II.    Division Two.    December 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY ZANE BUTCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-02363-8, Arthur W. Verharen, J., entered March 5, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, C.J., and Houghton, J.